1
2
3
4      IN THE UNITED STATES DISTRICT COURT
5      FOR THE NORTHERN DISTRICT OF CALIFORNIA
6

| | | |
|---|---|---|
| TORIANO YOUNG, | ) | No. C 07-3500 JSW (PR) |
| Petitioner, | ) | |
| v. | ) | **JUDGMENT** |
| JOE McGRATH, Warden, | ) | |
| Respondent. | ) | |

   The Court has dismissed this pro se petition without prejudice for failure to prosecute and pay the filing fee. A judgment of dismissal without prejudice is entered. The Clerk shall close the file.

   IT IS SO ORDERED.

DATED: October 29, 2007

                                            _____
                                            JEFFREY S. WHITE
                                            United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

TORIANO YOUNG,

        Plaintiff,

  v.

JOE MCGRATH et al,

        Defendant.

Case Number: CV07-03500 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 29, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Toriano Young
V30104
Pelican Bay State Prison
P.O. Box 7500
Crescent City, CA 95532

Dated: October 29, 2007

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk